**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 JOSEPHINE GARCIA,

                              Plaintiff,                         24 **CIVIL** 9062 (SN)

       -v-                                                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated August 26, 2025, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, for further administrative proceedings to include the opportunity for a hearing and a new decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**Dated:**  New York, New York

       August 26, 2025

                                                                    **TAMMI M. HELLWIG**
                                                                      **Clerk of Court**

                                   **BY:**        *K. Mango*

                                                                      **Deputy Clerk**